[Dkt. Ents. 9, 19]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**CAMDEN VICINAGE**

|  |  |
|---|---|
| ROBERT R. REEVES,  :<br>        :<br>    Plaintiff,  :<br>        :<br>    v.  :<br>        :<br>NEW JERSEY STATE TROOPER  :<br>JOSEPH MAHONEY,  :<br>        :<br>    Defendant.  :<br>        : | Civil Action No.<br>09-2665 (RMB/JS)<br><br>**ORDER** |

THIS MATTER coming before the Court upon a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56, by defendant New Jersey State Trooper Joseph Mahoney (the "Defendant"), and a cross-motion for summary judgment by plaintiff Robert R. Reeves (the "Plaintiff"); and

THE COURT having considered the moving papers, as well as those submitted in opposition, and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this, the **14th** day of **January 2011**, hereby

**ORDERED** that Defendant's motion for summary judgment shall be **GRANTED** and Plaintiff's cross-motion for summary judgment

shall be **DENIED;** and

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall **CLOSE** this file.

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE